In the Matter of the Estate of HELGE NELSON, Deceased. JENNIE JOHNSON, Appellant; MARGIT A. L. E. LILJEFELDT et al., Respondents.— In our opinion, there was a complete failure to prove the fraud or misrepresentations alleged. Moreover, petitioner could not affirm the agreement in part and disaffirm it in part (cf. *Cobb* v. *Hatfield*, 46 N. Y. 533, 536-537). Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur. [26 Misc 2d 471.]